Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
DANIEL DELGADO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WAHEGURU, INC., et al.,<br><br>　　　　Defendants. | No. 1:10-CV-02105-AWI-SKO<br><br>**NOTICE OF DISMISSAL OF ACTION; ORDER** |

　　　WHEREAS, no Defendant has appeared in this action;

　　　WHEREAS, Plaintiff and Defendants have settled the matter;

　　　WHEREAS, no counterclaim has been filed in this action;

　　　Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i).

Date: January 28, 2011　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

*Delgado v. Waheguru, Inc., et al.*
Notice of Dismissal

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   January 28, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

*Delgado v. Waheguru, Inc., et al.*
Notice of Dismissal